**FILED**

MAY 09 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL BARRIOS PEREZ,<br><br>    Plaintiff,<br><br> v.<br><br>G.D. LEWIS, et al.,<br><br>    Defendants. | Case No. C 13-4116 PSG (PR)<br><br>**ORDER OF SERVICE ON**<br>**DEFENDANT P. B. RIVERA** |

  Saul Barrios Perez, a California state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On December 5, 2013, the court issued an order dismissing several defendants and ordering the remaining defendants, which included R. Rivera, to be served with Perez's complaint. On January 31, 2014, Salinas Valley State Prison ("SVSP") Litigation Coordinator G. Lopez sent a letter to the court indicating that there were no records of an R. Rivera working at SVSP, but that during the time referenced in Perez's complaint there was a P. Rivera working at SVSP who is currently working at Correctional Training Facility ("CTF"). On March 14, 2014, the court directed Perez to file notice and provide the court with accurate information about the identity and whereabouts of defendant R. Rivera such that the Marshal is able to effect service.

  Perez has filed notice correcting his misidentification of defendant R. Rivera and

Case No. C 13-4116 PSG (PR)
ORDER OF SERVICE ON DEFENDANT P. B. RIVERA

1 submitted a crime incident report correctly identifying defendant as P. B. Rivera, Badge # 64154,

2 ID# 2862115. Based on this additional information, the court shall mail a Notice and Request for

3 Waiver to P. B. Rivera.

4 **CONCLUSION**

5 For the foregoing reasons, the court hereby orders as follows:

6 1. The Clerk of the Court shall mail a Notice of Lawsuit and Request for Waiver of

7 Service of Summons, two copies of the Waiver of Service of Summons, a copy of the complaint

8 and all attachments thereto (docket no. 1), a Magistrate Judge consent form, and a copy of this

9 order to **Correctional Officer P. B. Rivera, Badge # 64154, ID# 2862115** at **Correctional**

10 **Training Facility**.

11 The Clerk also shall mail a courtesy copy of the complaint and a copy of this order to the

12 California Attorney General's Office. Additionally, the Clerk shall mail a copy of this order to

13 Perez.

14 3. Defendant is cautioned that Rule 4 of the Federal Rules of Civil Procedure

15 requires him to cooperate in saving unnecessary costs of service of the summons and complaint.

16 Pursuant to Rule 4, if defendant, after being notified of this action and asked by the court, on

17 behalf of Perez, to waive service of the summons, fails to do so, he will be required to bear the

18 cost of such service unless good cause be shown for his failure to sign and return the waiver

19 form. If service is waived, this action will proceed as if defendant had been served on the date

20 that the waiver is filed, except that pursuant to Rule 12(a)(1)(B), defendant will not be required

21 to serve and file an answer before **sixty (60) days** from the date on which the request for waiver

22 was sent. (This allows a longer time to respond than would be required if formal service of

23 summons is necessary.) Defendant is asked to read the statement set forth at the bottom of the

24 waiver form that more completely describes the duties of the parties with regard to waiver of

25 service of the summons. If service is waived after the date provided in the Notice but before

26 defendant has been personally served, the answer shall be due **sixty (60) days** from the date on

27 which the request for waiver was sent or **twenty (20) days** from the date the waiver form is filed,

28

Case No. C 13-4116 PSG (PR)
ORDER OF SERVICE ON DEFENDANT P. B. RIVERA

1   whichever is later.

2      4. No later than **ninety (90) days** from the date of this order, defendant shall file a

3   motion for summary judgment or other dispositive motion with respect to the cognizable claims

4   in the complaint.  At that time, defendant shall also submit the Magistrate Judge's consent form.

5       a. Any motion for summary judgment shall be supported by adequate factual

6   documentation and shall conform in all respects to Rule 56 of the Federal Rules of Civil

7   Procedure.  **Defendant is advised that summary judgment cannot be granted, nor qualified**

8   **immunity found, if material facts are in dispute.  If defendant is of the opinion that this**

9   **case cannot be resolved by summary judgment, he shall so inform the court prior to the**

10  **date the summary judgment motion is due.**

11     5. Perez's opposition to the dispositive motion shall be filed with the court and

12  served on defendant no later than **twenty-eight (28) days** from the date defendant's motion is

13  filed.  Perez is advised to read Rule 56 of the Federal Rules of Civil Procedure and

14  *Celotex Corp. v. Catrett*, 477 U.S. 317 (1986) (holding party opposing summary judgment must

15  come forward with evidence showing triable issues of material fact on every essential element of

16  his claim).

17     6. Defendant shall file a reply brief no later than **fourteen (14) days** after Perez's

18  opposition is filed.

19     7. The motion shall be deemed submitted as of the date the reply brief is due.  No

20  hearing will be held on the motion unless the court so orders at a later date.

21     8. All communications by Perz with the court must be served on defendant or

22  defendant's counsel, by mailing a true copy of the document to defendant or defendant's counsel.

23     9. Discovery may be taken in accordance with the Federal Rules of Civil Procedure.

24  No further court order is required before the parties may conduct discovery.

25     10. It is Perez's responsibility to prosecute this case.  Perez must keep the court and

26  all parties informed of any change of address and must comply with the court's orders in a timely

27  fashion.  Failure to do so may result in the dismissal of this action for failure to prosecute

28  pursuant to Federal Rule of Civil Procedure 41(b).

Case No. C 13-4116 PSG (PR)
ORDER OF SERVICE ON DEFENDANT P. B. RIVERA

1    IT IS SO ORDERED.

2    DATED:    5-9-14                          _____
                                              PAUL S. GREWAL
3                                             United States Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Case No. C 13-4116 PSG (PR)
     ORDER OF SERVICE AND DIRECTING DEFENDANTS TO FILE DISPOSITIVE MOTION
     OR NOTICE THAT SUCH MOTION IS UNWARRANTED
                                        4