**Filed**

SEP 17 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAUL BARRIOS PEREZ,

        Plaintiff,

v.

G.D. LEWIS, et al.,

        Defendants.

Case No. C 13-4116 PSG (PR)

**ORDER DIRECTING DEFENDANT P. B. RIVERA TO FILE CONSENT FORM**

    Saul Barrios Perez, a California state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On December 5, 2013, the court issued an order dismissing several defendants and ordering service upon the remaining defendants. On March 14, 2014, the court directed Perez to file notice and provide the court with accurate information about the identity and whereabouts of defendant R. Rivera, who was unable to be found, such that service could be effected. On May 9, 2014, after receiving information that defendant R. Rivera should have been defendant P. B. Rivera, the court issued an order of service on P. B. Rivera. On June 3, 2014, P. B. Rivera returned an executed waiver of service, and moved to join the other defendants' motion to dismiss, filed on April 17, 2014.

    However, P. B. Rivera has not returned the Magistrate Judge consent form. The Clerk shall mail to P. B. Rivera and his counsel another copy of the Magistrate Judge consent form. P. B. Rivera is directed to file the Magistrate Judge consent form within fourteen days of the

Case No. C 13-4116 PSG (PR)
ORDER DIRECTING DEFENDANT P. B. RIVERA TO FILE CONSENT FORM

filing date of this order.

IT IS SO ORDERED.

DATED: 9·17·14

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No. C 13-4116 PSG (PR)
ORDER DIRECTING DEFENDANT P. B. RIVERA TO FILE CONSENT FORM

2