UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SAUL BARRIOS PEREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>M.L. THOMAS, et al.,<br><br>    Defendants. | Case No. 13-cv-04116-PSG (NJV)<br><br>**ORDER EXCUSING CDCR COUNSEL FROM ATTENDING SETTLEMENT CONFERENCE** |

The court has been informed that Defense Counsel will come to the scheduled settlement conference with full settlement authority. Accordingly, CDCR counsel is excused from attending the settlement conference.

**IT IS SO ORDERED**.

Dated: April 8, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge