1

2

3

4                  UNITED STATES DISTRICT COURT

5                NORTHERN DISTRICT OF CALIFORNIA

6

7  SAUL BARRIOS PEREZ,                    Case No.  13-cv-04116-PSG   (NJV)

              Plaintiff,
8
                                          **REPORT OF PRO SE PRISONER**
      v.
9                                         **EARLY SETTLEMENT PROCEEDING**

10  M.L. THOMAS, et al.,

              Defendants.
11

12

13       A settlement conference was held on April 20, 2016, and the results of that proceeding are

14  indicated below:

15       (1)  The following individuals, parties, and/or representatives participated in the

16            proceeding, and each possessed the requisite settlement authority:

17            ( X )  Plaintiff, Saul Perez

18            (  )  Warden or warden's representative

19            ( X )  Office of the California Attorney General, Alicia Bower

20            (  )  Other:

21       (2) The following individuals, parties, and/or representatives did not appear:

22       _____

23       (3)  The outcome of the proceeding was:

24            (  )  The case has been completely settled.  The parties agree that a proposed stipulated

25  order for dismissal of this case will be filed with the Court on _____.

26            (  )  The case has been partially resolved and counsel for defendants shall file a joint

27  stipulation regarding those claims which have been resolved.  The issues outlined on the sheet

28  attached remain for this Court to resolve.

United States District Court
Northern District of California

( X )  The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 4/21/2016

_____

NANDOR J. VADAS
United States Magistrate Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAUL BARRIOS PEREZ,

          Plaintiff,

    v.

M.L. THOMAS, et al.,

          Defendants.

Case No.  13-cv-04116-PSG   (NJV)

**CERTIFICATE OF SERVICE**

       I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

       That on April 22, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Saul Barrios Perez ID: K56400
California State Prison, Centinela
P. O. Box 921
Imperial, CA 92251

Dated: April 22, 2016

Susan Y. Soong
Clerk, United States District Court

By._____
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3