# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL BARRIOS PEREZ,<br><br>　　　　Plaintiff,<br>　vs.<br><br>M.L. THOMAS, and others,<br><br>　　　　Defendants. | Case No. 13-cv-04116 NC<br><br>**ORDER REQUESTING ADDITIONAL INFORMATION FROM PLAINTIFF ABOUT HIS CONSENT/DECLINATION OF MAGISTRATE JUDGE JURISDICTION** |

　　　　The parties to a federal civil case have a constitutional right to proceed before an Article III District Court Judge.  That right, however, can be waived, allowing the parties to proceed to trial before a Magistrate Judge.  28 U.S.C. § 636(c); Fed. R. Civ. P. 73(b)(1).  Parties are free to object to the jurisdiction of a Magistrate Judge without adverse consequences.  Fed. R. Civ. P. 73(b)(3).  Once a case is referred to a Magistrate Judge, the referral can be withdrawn by the Court for "good cause" or when a party shows "extraordinary circumstances."  Fed. R. Civ. P. 73(b)(3); *Dixon v. Ylst*, 990 F.2d 478, 480 (9th Cir. 1993).

　　　　In this case, on September 5, 2013, plaintiff Perez filed a "Consent to Magistrate Judge Jurisdiction."  Dkt. No. 4.  On June 8, 2016, after the resignation of the Magistrate Judge previously assigned to the case, the Chief Judge ordered that each party within seven days "must either file written consent to the jurisdiction of a magistrate judge, or request reassignment to a district judge."  Dkt. No. 88.  That order did not recognize that plaintiff Perez had already filed his

1   written consent.  Perez then on June 15, 2016, responded by submitting a "Decline of Jurisdiction"
2   form.  Dkt. No. 91.

3        Perez therefore has filed one form consenting, and a later form declining, the jurisdiction of
4   a Magistrate Judge.  This order seeks to clarify the situation.

5        A Consent or Decline form is attached to this order.  Perez is asked to mark one of the
6   boxes and to return the form to the Court within 14 days.  Additionally, if Perez contends that there
7   are "extraordinary circumstances" warranting the withdrawal of his 2013 consent, he should
8   explain in writing on that same form why his consent should be withdrawn.

9        The Court will stay the case until the consent/declination issue is resolved.  Defendants
10  have already filed their consent form.

11       IT IS SO ORDERED.

13  Dated: June 30, 2016

14                                          Honorable Nathanael Cousins
                                        Magistrate Judge, United States District Court

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | |
| SAUL BARRIOS PEREZ,<br>    Plaintiff,<br>  v.<br>M.L. THOMAS, et al.,<br>    Defendants. | Case No.  13-cv-04116 NC<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

INSTRUCTIONS: Please indicate below by checking one of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( ) **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

OR

( ) **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

EXTRAORDINARY CIRCUMSTANCES:_____

_____

_____

_____

DATE:                                         NAME:
                                              COUNSEL FOR:
                                              (OR "PRO SE:)

                                              _____
                                              Signature