UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL BARRIOS PEREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>M.L. THOMAS, and others,<br><br>        Defendants. | Case No. 13-cv-04116 NC (PR)<br><br>**ORDER VACATING REFERRAL TO A MAGISTRATE JUDGE; ORDER OF REASSIGNMENT** |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. Though plaintiff initially consented to Magistrate Judge jurisdiction, he has now clarified that he wishes to decline Magistrate Judge jurisdiction. Dkt. No. 93. The court has reviewed plaintiff's clarification and finds good cause to vacate the referral to a Magistrate Judge, and reassign this case. *See* 28 U.S.C. § 636(c)(4); Fed. R. Civ.P. 73(b)(3). The Clerk of this Court will now randomly reassign this case to a District Judge.

IT IS SO ORDERED.

DATED: July 19, 2016

                                            NATHANAEL M. COUSINS
                                            United States Magistrate Judge